**Opinion issued August 6, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00038-CV

———————————

**SELINA RODRIGUEZ, Appellant**

**V.**

**EDWARD RODRIGUEZ, Appellee**

---

**On Appeal from the 169th District Court**
**Bell County, Texas[1]**
**Trial Court Case No. 296279**

---

## MEMORANDUM OPINION

---

[1]     Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal to this Court.  *See* Misc. Docket No. 23–9109 (Tex. Dec. 21, 2023); *see also* TEX. GOV'T CODE ANN. § 73.001 (authorizing transfer of cases); TEX. R. APP. P. 41.3.

Appellant, Selina Rodriguez, filed a notice of appeal from the trial court's December 12, 2023 final judgment. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On February 27, 2024, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by March 28, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On February 16, 2024, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that she had paid or made arrangements to pay the fee for the preparation of the clerk's record by March 18, 2024. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.